COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:     Ryan C. Carlson v. Wells Fargo Bank, NA

Appellate case number:   01-18-00802-CV

Trial court case number: 17-CV-1558

Trial court:              212th District Court of Galveston County

Appellant, Ryan Carlson, has filed a motion to reconsider his indigency status and an updated statement of inability to pay costs on appeal. *See* TEX. R. APP. P. 20.1(b)(3). The Court abates this appeal for the trial court to hold a hearing to hear evidence and issue findings of fact to determine whether appellant is indigent. *See id*. 20.1(b)(3)(B). The trial court's hearing shall be conducted within 15 days of the date of this Order. The trial court shall have a court reporter, or court recorder, record the hearing and file the reporter's record with this Court no later than 30 days from the date of this Order. The trial court clerk shall file a supplemental clerk's record containing the trial court's findings within 30 days of the date of this Order.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record and reporter's record of the hearing are filed with this Court.

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
                        Acting individually

Date:  _March 19, 2019_____